IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATACHA PEREZ, *et al.*,

    Plaintiffs,

v.

BAYER CORPORATION, *et al.*,

    Defendants.

No. C 17-01847 WHA

**ORDER TO SHOW CAUSE**

This action was stayed pending the resolution of the motion to dismiss and motion to remand related case *Elizabeth Sangimino, et al. v. Bayer Corp., et al.*, Case No. 3:17-cv-01488-WHA. That case has been remanded.

Defendants shall file with this Court a motion no longer than 10 pages by **JUNE 20** to **SHOW CAUSE** why this action should not be remanded. Plaintiffs shall file any opposition by **JUNE 23** not to exceed 10 pages.

**IT IS SO ORDERED.**

Dated: June 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE