Alycia A Degen (SBN 211350)
adegen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel: (213) 896-6000
Fax: (213) 896-6600
*Attorneys for Defendants and*
*Specially Appearing Defendants*

Kristy M. Arevalo (SBN 216308)
McCUNE-WRIGHT AREVALO, LLP
9281 East Guast i Road, Suite 100
Ontario, CA 91761
Tel: (909) 557-1250
Fax: (909) 557-1275
kma@mccunewright.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATACHA PEREZ, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER CORP.; BAYER HEALTHCARE LLC; BAYER ESSURE INC., (F/K/A CONCEPTUS, INC.); BAYER HEALTHCARE PHARMACEUTICALS, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-01847-WHA<br><br>**JOINT STIPULATION TO REMAND; [PROPOSED ORDER]**<br><br>Honorable William Alsup<br>Date: None Set<br>Time:<br>Place: San Francisco Courthouse, 450 Golden Gate Avenue, 19th Floor, Courtroom 8, San Francisco, California 94102 |

JOINT STIPULATION TO REMAND;
CASE NO. 3:17-CV-01847-WHA

Plaintiffs Natacha Perez, *et al*., and defendants and specially-appearing defendants Bayer Corporation, Bayer Essure Inc., Bayer HealthCare LLC, and Bayer HealthCare Pharmaceuticals Inc. (collectively, "Bayer"), hereby stipulate and agree as follows:

1. Plaintiffs filed their initial Complaint on December 23, 2016, in the Superior Court for the State of California, County of Alameda. In their complaint, Plaintiffs asserted claims involving the Essure® Permanent Birth Control System (the "Essure® Device").

2. On April 5, 2017, Bayer removed the matter from the Alameda County Superior Court to the United States District Court for the Northern District of California.

3. Bayer filed its Motion to Dismiss on April 10, 2017, on the grounds of federal preemption, among other grounds.

4. On April 20, 2017, Plaintiffs moved to remand this action to the Superior Court of Alameda County, State of California, pursuant to 28 U.S.C. § 1447, on the grounds that this Court lacks jurisdiction over this action.

5. On April 27, 2017, briefing on Bayer's Motion to Dismiss and Plaintiffs' Motion to Remand was stayed pending this Court's decision in a related case pending before this Court involving the Essure® Device, captioned as *Elizabeth Ann Sangimino, et al. v. Bayer Corp., et al.*, Case No. 3:17-cv-01488-WHA.

6. On June 9, 2017, this Court granted Plaintiffs' Motion to Remand in the *Sangimino* matter and denied the Motion to Dismiss as moot.

7. The parties have met and conferred and agree to remand this case to the Alameda County Superior Court.

8. The parties thus respectfully ask the Court to enter an order remanding this case to state court based on the stipulation of the parties.

//

//

//

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: June 19, 2017 | SIDLEY AUSTIN LLP |
| 3 | | |
| 4 | | By: */s/ Alycia A. Degen* |
| | | Alycia A. Degen |
| 5 | | Bradley J. Dugan |
| 6 | | *Attorneys for Defendants and Specially Appearing Defendants* |
| 7 | | Bayer Corporation, Bayer HealthCare LLC, Bayer Essure Inc., and Bayer HealthCare Pharmaceuticals Inc. |
| 8 | | |
| 9 | Dated: June 19, 2017 | McCUNE-WRIGHT AREVALO, LLP |
| 10 | | By: */s/ Kristy M. Arevalo* |
| | | Kristy M. Arevalo |
| 11 | | |
| 12 | | *Attorneys for Plaintiffs* |
| | | Natacha Perez, *et al*. |

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), regarding signatures, Alycia A. Degen hereby attests that concurrence in the filing of this document has been obtained from counsel for Plaintiffs.

Dated: June 19, 2017        By: */s/ Alycia A. Degen*
                    Alycia A. Degen

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |
| 3 | PURSUANT TO THE PARTIES' STIPULATION, and for good cause shown, IT IS |
| 4 | ORDERED THAT Perez v. Bayer Corporation, Case No. 3:17-CV-01847-WHA, be remanded to |
| 5 | the Superior Court of the State of California, County of Alameda. |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | Dated: June 20, 2017.  /s/ William Alsup<br>Honorable William ~~H.~~ Alsup |